IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Zita L. Weinshienk

Civil Action No. 10-cv-00677-ZLW

BENJAMIN ANDERSON,

    Applicant,

v.

STEVE HARTLEY, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.
_____

## ORDER FOR STATE COURT RECORD
_____

    Applicant Benjamin Anderson, a prisoner in the custody of the Colorado Department of Corrections at the Arkansas Valley Correctional Facility in Crowley, Colorado, has filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. Respondents have filed an answer.

    The Court finds that the state court record may be necessary for resolution of this action. Accordingly, it is

    **ORDERED** that on or before **August 30, 2010**, the Clerk of the Court for the City and County of Denver shall provide to this Court the original written record, including transcripts, of the Denver District Court Case No. 06CR3245, *People v. Anderson.* It is

**FURTHER ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Court for the City and County of Denver by regular mail to the Clerk of the Court for the City and County of Denver, 1437 Bannock Street, Room 256, Denver, CO 80202.

DATED at Denver, Colorado this 21st day of July, 2010.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court